

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Jena Y. Silverman
212.497.6853 direct
212.583.9600 main
347.745.3597 fax
jsilverman@littler.com

October 31, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   Prince Davis v. Crothall Healthcare, Inc. et al., 1:22-cv-07196 (PGG)

Dear Judge Gardephe:

We write on behalf of Defendants, with the consent of Plaintiff, to request a 30-day adjournment of the initial pretrial conference, which is currently scheduled for November 3, 2022, at 11:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

This Court recently granted Defendants' first extension request, extending Defendants' deadline to respond to Plaintiff's Complaint to November 7, 2022. In order to allow Defendants time to respond to the Complaint, before appearing for an initial conference, we respectfully request that the initial pretrial conference be adjourned to Thursday, December 8, 2022, or such other date thereafter, that may be convenient for the Court.

Thank you for your time and consideration.

Sincerely,

Jena Y. Silverman

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 1, 2022

The conference is adjourned to Dec. 8, 2022 at noon.

littler.com